# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2738

_____

United States of America,      *
     *
        Appellee,      *
     *  Appeal from the United States
     v.      *  District Court for the Western
     *  District of Missouri.
Michael Robert Jett,      *
     *  [UNPUBLISHED]
        Appellant.      *

_____

Submitted:  December 22, 1999

Filed: January 18, 2000

_____

Before BEAM, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Michael Jett pleaded guilty to nine counts of making false statements on firearms applications, in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).  Over his objection, the district court[1] denied his request for a reduction for acceptance of responsibility, and sentenced him to 120 months imprisonment and 3 years supervised release.  Mr. Jett appeals, arguing that the court erred in denying the reduction.

_____

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

Mr. Jett had the burden to clearly demonstrate acceptance of responsibility warranting a reduction. See United States v. Thomas, 93 F.3d 479, 489 (8th Cir. 1996). We give great deference to the district court's determination regarding acceptance of responsibility, and will reverse only if it is so clearly erroneous as to lack foundation. See United States v. Morris, 139 F.3d 582, 584 (8th Cir. 1998) (per curiam). Mr. Jett acknowledged at sentencing that he had "attempted to minimize his guilt and . . . failed to cooperate in the preparation of the presentence report." In light of these admissions, we conclude that the court did not clearly err in denying Mr. Jett an acceptance-of-responsibility reduction. See United States v. Ngo, 132 F.3d 1231, 1237 (8th Cir. 1997) (affirming denial of reduction where district court found that defendant had attempted to minimize his involvement).

Accordingly, we affirm the judgment of the district court.

James B. Loken, Circuit Judge, concurs in the result.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.